UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD M. DAUVAL, Trustee
for the Estate of Margaret Spies,
an individual,

        Plaintiff,

v.

MRS BPO, L.L.C.,
a foreign limited liability corporation,

        Defendant.
_____/

Case No.: 8:11-cv-2703-MSS-MAP

### STIPULATION FOR SETTLEMENT AND JOINT MOTION TO ABATE

Plaintiff, RICHARD M. DAUVAL, Trustee for the Estate of Margaret Spies (hereinafter, "Plaintiff"), by and through his undersigned counsel and pursuant to Middle District of Florida, Local Rule 3.08, hereby submits this *Stipulation for Settlement* and moves the Court as follows:

1. Plaintiff and Defendant, MRS BPO, LLC (hereinafter, "Defendant"), have reached a verbal settlement with regard to all claims in this case, and the parties are presently drafting, finalizing, and executing a written confidential settlement agreement and release of liability.

2. Due to the complex nature of the settlement agreement, however, and the parties performance thereunder, the parties move the Court to keep the case administratively open and to retain jurisdiction until March 1, 2015 for purposes of entering final judgment and enforcement of the settlement agreement.

3. While the case is abated and the parties are performing the terms of the settlement agreement, on the first day of each month after entry of Agreed Order granting

the parties' Joint Motion to Abate, Plaintiff will keep the Court appraised of status of settlement performance. In the event that the first day of any month falls on a weekend or federal holiday, Plaintiff shall notify the Court on the next business day.

4. Parties shall submit a proposed Agreed Order approving the Stipulation for Settlement and granting parties' Joint Motion to Abate.

5. Upon parties' performance of the terms of the settlement agreement and release, Plaintiff's counsel will execute and file with the Court a Notice of Settlement and Stipulation for Dismissal with Prejudice.

## MEMORANDUM IN SUPPORT

6. Pursuant to Local Rule 3.01(a), Plaintiff submits this Memorandum of Law in support of the foregoing Motion.

7. Fed. R. Civ. P. 6(b) provides that the Court, in its discretion for cause shown, may enlarge a period of time provided by the rules for a party to act, when requested before the expiration of the period to be enlarged.

8. Such authority is within the Court's broad discretion to manage its cases, including scheduling. *See Chrysler Int'l. Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002) (citing *Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001)).

9. As this Motion sets forth good cause for the relief sought, and neither the parties nor these proceedings would be prejudiced, the granting of this Motion would be an appropriate exercise of the Court's discretion.

10. Indeed, where the parties agree to the relief requested, the ends of justice and efficient use of judicial resources would best be served by enlarging the period of time for the parties to settle their disputes without the need for further litigation and appeal.

**WHEREFORE**, Plaintiff and Defendant respectfully request this Court, in light of the Parties settlement and its terms, enter an order extending the deadline for parties to liquidate final judgment, administratively keeping the action open through and including March 1, 2015.

### 3.01(g) CERTIFICATION

11. Pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies that they have opposing counsel and each have no objection to the relief sought.

Respectfully submitted this 9th day of September 2013.

Ian R. Leavengood
Florida Bar Number: 10167
E-mail: ileavengood@leavenlaw.com
Aaron M. Swift
Florida Bar Number: 93088
E-mail: aswift@leavenlaw.com
Leavengood, Nash, Dauval & Boyle, PA
3900 First Street North, Suite 100
St. Petersburg, Florida 33703
Telephone: (727) 327-3328
Facsimile: (727) 327-3305
*Attorneys for Plaintiff, Richard M. Dauval,
as Trustee for the Estate of Margaret Spies*

Cindy D. Salvo
Appearing Pro Hac Vice
E-mail: csalvo@salvolawfirm.com
The Salvo Law Firm, PC
185 Fairfield Avenue, Suite 3C/3D
West Caldwell, NJ 07006
Telephone: (973) 226-2220
Facsimile: (973) 900-8800
*Attorneys for Defendant, MRS BPO, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9th, 2013, a true and correct copy of the foregoing *Stipulation for Settlement and Joint Motion to Abate* has been filed with the Clerk of Court via the CM/ECF system, which will furnish an electronic copy to all counsel of record.

/s/ *Ian R. Leavengood*
Attorney